# EXHIBIT 1

Copies of Documents and Pleadings on File With the Spartanburg County Court of Common Pleas

ELECTRONICALLY FILED - 2022 Dec 22 11:13 AM - SPARTANBURG - COMMON PLEAS - CASE#2022CP4204928

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF SPARTANBURG<br><br><br>Angelina Weathers,<br><br>        Plaintiff,<br><br>v.<br><br>Spartanburg Regional Health Services District, Inc.,<br><br>        Defendants. | IN THE COURT OF COMMON PLEAS<br>SEVENTH JUDICIAL CIRCUIT<br><br><br><br>**SUMMONS** |

TO THE DEFENDANT ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is served upon you, and to serve a copy of your answer to this Complaint upon the subscriber at the address shown below within thirty (30) days (thirty five (35) days if served by United States Mail) after service hereof, exclusive of the date of such service, and if you fail to answer the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

                                  **CROMER BABB PORTER & HICKS, LLC**

        BY:     s/Ryan K. Hicks
                 Ryan K. Hicks (#100941)
                 Julius W. Babb (#77216)
                 1418 Laurel Street, Suite A Post Office Box 11675 (29211)
                 Columbia, South Carolina 29201 Phone  803-799-9530
                 Fax     803-799-9533
                 *Attorney for Plaintiff*

December 22, 2022
Columbia, South Carolina

ELECTRONICALLY FILED - 2022 Dec 22 11:13 AM - SPARTANBURG - COMMON PLEAS - CASE#2022CP4204928

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF SPARTANBURG | IN THE COURT OF COMMON PLEAS<br>SEVENTH JUDICIAL CIRCUIT |
| Angelina Weathers,<br><br>           Plaintiff,<br><br>v.<br><br>Spartanburg Regional Health Services District, Inc.,<br><br>           Defendant. | **COMPLAINT**<br>(Jury Trial Demanded) |

## EMPLOYMENT CASE

Plaintiff, by and through the undersigned counsel, complaining of Defendant, respectfully alleges as follows:

## PARTIES & JURISDICTION

1. Plaintiff, Angelina Weathers (hereinafter "Weathers" or "Plaintiff"), is a citizen and resident of Spartanburg County, South Carolina.

2. Defendant, Spartanburg Regional Health Services District, Inc. (hereinafter "Defendant"), is a healthcare system located in Spartanburg County, South Carolina.

3. This action alleges discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e *et seq.* ("Title VII").

4. Charges have been filed with the appropriate federal and state agencies, the right-to-sue letter was issued, and this action is timely.

5. Jurisdiction and venue are within the judicial circuit because the parties reside and operate in the County of Spartanburg in the state of South Carolina, and all the events giving rise to this action occurred in Spartanburg County, South Carolina.

1

**FACTUAL ALLEGATIONS**

6. Weathers is a black female.

7. Weathers began working for Defendant in or around August 2015 as a cardiac sonographer for Defendant.

8. On or about March 2, 2020, Weathers submitted a complaint to Defendant alleging race discrimination and possible retaliation in the workplace.

9. On or about May 29, 2020, Weathers submitted a second complaint to Defendant again alleging race discrimination and retaliation in the workplace.

10. On or about September 1, 2020, Weathers submitted a third complaint to Defendant alleging race discrimination and retaliation in the workplace.

11. Specifically, Weathers reported to Defendant via e-mail that a co-worker, Tyler Theis (hereinafter "Theis), white female, had called Plaintiff an "angry nigger." Theis further stated 'Heather [Young] and Diane [Hyatt] are trying to get rid of your black ass anyway.'

12. Young is a white female and served as the Nurse Manager. Hyatt is a white female and served as the Lead Tech over Ultrasound.

13. Weathers was thereafter suspended for ten (10) days beginning on September 4, 2020, for purportedly getting into an altercation with Theis.

14. Upon information and belief, Theis was not similarly disciplined despite her blatant discriminatory conduct.

15. Upon further information and belief, Theis was not even suspended pending an investigation into her conduct and was permitted to work without interruption.

16. In response, on or about September 15, 2020, Weathers submitted her fourth complaint to Defendant alleging race discrimination and retaliation in the workplace.

ELECTRONICALLY FILED - 2022 Dec 22 11:13 AM - SPARTANBURG - COMMON PLEAS - CASE#2022CP4204928

ELECTRONICALLY FILED - 2022 Dec 22 11:13 AM - SPARTANBURG - COMMON PLEAS - CASE#2022CP4204928

17. Despite receiving the repeated complaints, Defendant did not take any action as to the same and the complaints were otherwise not provided any degree of seriousness.

18. Defendant never attempted to remedy any of the complaints.

19. Weathers' complaints were never addressed by Defendant.

20. Weathers was unlawfully terminated on September 25, 2020, because her supervisor Heather Young falsely claimed that Plaintiff refused to perform an echogram.

21. Other similarly situated white employees engaged in unauthorized cell phone use, sharing of indecent material, tardiness, improper use of the time clock, discriminatory conduct, including using racial slurs, and failing to complete basic job duties like echograms and reports.

22. These similarly situated white employees were neither terminated nor disciplined for violating behavior standards, like Weathers was allegedly terminated for.

23. On or about October 22, 2020, Weathers renewed her complaint of discrimination and retaliation with Defendant in response to the treatment she had been subjected to, including, but not limited to, her termination.

24. Defendant yet again failed to take any meaningful action in response to the information it was provided.

**FIRST CAUSE OF ACTION**
**(Race Discrimination in Violation of Title VII)**

25. Plaintiff realleges the foregoing where consistent.

26. Weathers consistently met or exceeded the employment expectations set by Defendant.

27. Weathers was called an "angry nigger" by a similarly situated white female employee, Theis.

28. Weathers and Theis purportedly got into an altercation after the employee used the racial slur.

3

29. Notably, Weathers was further informed by Theis during the interaction that Defendant supervisory personnel was trying to 'get rid of [her] black ass anyway.'

30. Weathers was unlawfully suspended and subsequently terminated following Defendant's purported investigation into the altercation.

31. This, white female, was not treated in a like manner.

32. Upon information and belief, Theis received no disciplinary action as a result of an altercation with Weathers, including, but not limited to, her use of a racial slur.

33. Such treatment, described herein, constitutes unlawful discrimination in violation of Title VII, of which Defendant is liable.

34. As a direct and proximate result of the race discrimination alleged herein, Plaintiff suffered from a hostile work environment, including being subjected to racial slurs, suspended, and was terminated from her position. Plaintiff is entitled to all damages caused thereby, including the loss of her employment, back pay, front pay, loss of earning capacity, lost benefits, as well as emotional distress, loss of reputation, humiliation, embarrassment, and mental anguish. Plaintiff is also entitled to attorneys' fees and costs.

## SECOND CAUSE OF ACTION
**(Retaliation in Violation of Title VII)**

35. Plaintiff realleges the following where consistent.

36. Weathers engaged in protected activity when she complained to Defendant about what she viewed as disparate and otherwise discriminatory treatment. To wit: Weathers filed at least four (4) complaints between March 2020 and her untimely termination on September 25, 2020.

37. Weathers more specifically filed a complaint in or around September 2020 alleging that she had been subjected to a racial slur by Theis, a white female, and that she was further informed Defendant personnel was trying to 'get rid of [her] black ass anyway.'

4

38.     Weathers was pretextually disciplined for what Defendant characterized as misconduct for an altercation with a white co-worker in which Plaintiff was the victim and subjected to racial slur(s).

39.     Weathers was eventually terminated because of numerous complaints of discrimination to which Defendant did nothing to remedy.

40.     Defendant is liable to Weathers for its willful and wrongful retaliation against Plaintiff for protected activities she took against unfair, egregious, and perceived race discrimination.

41.     As a direct and proximate result of the retaliation alleged herein, Weathers was subjected to a hostile work environment, suspended, and was terminated from her position.

42.     Plaintiff is entitled to all damages caused thereby, including the loss of her employment, back pay, front pay, loss of earning capacity, lost benefits, as well as emotional distress, loss of reputation, humiliation, embarrassment, and mental anguish. Plaintiff is also entitled to attorneys' fees and costs.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Angelina Weathers, prays for judgment against Defendant, Spartanburg Regional Health Services District, Inc. for all actual and compensatory damages in an amount to be determined by a jury. Plaintiff further requests punitive damages in an amount to be determined by a jury for the intentional and/or reckless discrimination. Plaintiff also prays for pre-judgment interest, attorney's fees and costs of this action, and any other and further relief as this Court may deem just and proper from Defendant.

[Signature Block on Next Page]

ELECTRONICALLY FILED - 2022 Dec 22 11:13 AM - SPARTANBURG - COMMON PLEAS - CASE#2022CP4204928

**CROMER BABB PORTER & HICKS, LLC**

BY:   *s/Ryan K. Hicks*
      Julius W. Babb (#77216)
      Ryan K. Hicks (#100941)
      1418 Laurel Street, Suite A (29201)
      Post Office Box 11675
      Columbia, South Carolina 29211
      Phone 803-799-9530
      Fax 803-799-9533
      Jay@cbphlaw.com
      Ryan@cbphlaw.com

      ***Attorneys for Plaintiff***

December 22, 2022
Columbia, South Carolina

6